UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIFFANY L. KNIGHT-HARDY,<br><br>     Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of<br>Social Security,<br><br>     Defendant. | Civil No. 1:20-CV-00966<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing Defendant's final decision and remanding this matter to the Acting Commissioner for further proceedings pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

Date: July 15, 2021

        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021, and should be substituted, therefore, for Andrew Saul as the defendant in this suit. F. R. Civ. P. 25(d). No further action need be taken to continue this suit. 42 U.S.C. § 405(g).